United States District Court
Southern District of Texas
FILED

JAN 2 7 2015

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs | § | CRIMINAL NO: B-15-060 |
| OSIEL CARDENAS, JR | § | |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

On or about December 31, 2014, in the Southern District of Texas, and within the jurisdiction of the court, the defendant,

**OSIEL CARDENAS, JR**

knowingly and fraudulently attempted to export and sent from the United States to the Republic of Mexico, certain merchandise, articles and objects, namely, 9mm, .223mm, and 7.62mm ammunition, contrary to the laws and regulations of the United States.

In violation of Title 18, United States Code, Section 554.

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

KENNETH MAGIDSON
UNITED STATES ATTORNEY

_____
ANGEL CASTRO
Assistant United States Attorney